

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICHARD SERIGNY** | * | **CIVIL ACTION NO. 14-0598** |
| **VERSUS** | * | **CHIEF JUDGE DEE D. DRELL** |
| **CHEVRON U.S.A., INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's motion to remand [doc. # 36] is hereby GRANTED. 28 U.S.C. § 1447(c). The cause is remanded to the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED this 8th day of December, 2014, Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE